# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 21, 2026

Lyle W. Cayce
Clerk

————————

No. 25-20221
Summary Calendar

————————

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

CHRISTOPHER OBAZE,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:21-CR-502-1

_____

Before STEWART, GRAVES, and OLDHAM, *Circuit Judges*.

PER CURIAM:[*]

Christopher Obaze appeals his guilty plea convictions for conspiracy to distribute and dispense controlled substances and aiding and assisting the preparation of a false and fraudulent tax return. He raises several claims of ineffective assistance of trial counsel, which we decline to review on direct appeal. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014). He also

_____

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-20221

asserts that his guilty plea was involuntary because he did not understand his sentencing liability or know that he was pleading guilty to a felony that was punishable by 20 years in prison. However, this claim is contradicted by the record, including his own testimony at the plea hearing. He thus fails to show error, plain or otherwise. *See United States v. Vonn*, 535 U.S. 55, 59 (2002); *Blackledge v. Allison*, 431 U.S. 63, 74 (1977); *United States v. King*, 979 F.3d 1075, 1079-80 (5th Cir. 2020).

AFFIRMED.